defendant entered upon a verdict directed by the court in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was a passenger on one of defendant's trains in the state of New Jersey. As the train approached the station at Rutherford its speed was reduced and one of the trainmen announced the station in the car in which the plaintiff was sitting. The plaintiff arose from his seat and walked toward the rear door and stepped outside upon the platform of the car, taking hold of the car rail with his right hand. He testified that he had a large bundle in his left hand and a small bundle under his right arm. As he was about to step down, and while the train was still moving, it gave a jerk, and the plaintiff fell down the steps of the car and received the injuries complained of. It was shown that a statute of New Jersey provided that a railroad would not be liable for injury to passengers who went upon the platform of cars in violation of posted regulations of the company. It also appeared that the defendant has posted notices forbidding passengers going on the platforms of cars while the train was in motion.

*Sydney A. Syme* for appellant.

*William C. Cannon* and *Harold W. Bissell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: CARDOZO, J.

---

PRISCILLA CHRZANOWSKA, Appellant, *v.* THE CORN EXCHANGE BANK, Respondent.

*Chrzanowska* v. *Corn Exchange Bank*, 173 App. Div. 285, affirmed. (Argued February 6, 1919; decided February 25, 1919.)

APPEAL, by permission, from a judgment entered December 29, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, which reversed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of plaintiff and directed judgment in favor of defendant. Plaintiff deposited and had credited to her account in the defendant bank a check drawn to her order by another depositor of the bank. It transpiring that the drawer of the check was dead before the deposit was made the defendant refused to pay the amount to the plaintiff and this action was brought to recover.

*Alex B. Greenberg* and *Morris Leight* for appellant.

*Spotswood D. Bowers* and *John J. Halpin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.